AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ____MASSACHUSETTS____

Boston and Maine Corporation and
Springfield Terminal Railway Company,

    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Town of Andover, Andover Board of
Health, Douglas M. Dunbar, Daniel E.
Coleman, Candace Martin, Everett
Penney, Daniel Tremblay, Massachusetts
Department of Environmental Protection
and Robert W. Golledge, Jr.,

    Defendants.

TO: (Name and address of defendant)

**05   10820 RCL**

Town of Andover
Andover Town Hall
36 Bartlett Street
Andover, MA 01810-3841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert B. Culliford, Esq.
Boston and Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1029

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE 4-25-05

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint* was made by me [1] | DATE<br>Wednesday, May 4, 2005 at 1:14 P.M. |
| NAME OF SERVER (PRINT)<br>Lawrence Hickey | TITLE<br>Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Andover Town Hall, 36 Bartlett Street, Andover, MA 01810-3841 to Randy Hanson, Clerk *along with Civil Cover Sheet and Category Sheet

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 4, 2005
                  Date

Signature of Server

Sullivan & Company, 21 George Street
Address of Server
Lowell, MA  01852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure