AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____ MASSACHUSETTS _____

Boston and Maine Corporation and
Springfield Terminal Railway Company,

Plaintiffs

**V.**

Town of Andover, Andover Board of
Health, Douglas M. Dunbar, Daniel E.
Coleman, Candace Martin, Everett
Penney, Daniel Tremblay, Massachusetts
Department of Environmental Protection
and Robert W. Golledge, Jr.,

Defendants.

TO: (Name and address of defendant)

Andover Board of Health
Town of Andover
36 Bartlett Street
Andover. MA 01810-3841

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05- 10820 RCL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert B. Culliford, Esq.
Boston and Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862
(978) 663-1029

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.



____SARAH A. THORNTON____                    4-25-05

CLERK                                          DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE<br>Wednesday, May 4, 2005 at 1:20 P.M. |
|---|---|
| NAME OF SERVER (PRINT)<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: __Town of Andover, 36 Bartlett Street,__ Andover, MA 01810-3841 to Joanne Martel, Assistant Health Director _____
*along with Civil Cover Sheet and Category Sheet

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ] Returned unexecuted: _____
_____
_____
_____

[ ] Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 4, 2005_____
           *Date*

Signature of Server

__Sullivan & Company, 21 George Street__
*Address of Server*
Lowell, MA  01852

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure