AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

Boston and Maine Corporation and
Springfield Terminal Railway Company,

           Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Town of Andover, Andover Board of
Health, Douglas M. Dunbar, Daniel E.
Coleman, Candace Martin, Everett
Penney, Daniel Tremblay, Massachusetts
Department of Environmental Protection
and Robert W. Golledge, Jr.,

**05-10820 RCL**

           Defendants.

TO: (Name and address of defendant)

    Everett Penney
    Town of Andover Board of Health
    36 Bartlett Street
    Andover, MA 01810-3841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert B. Culliford, Esq.
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    No. Billerica, MA 01862
    (978) 663-1029

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON             4-25-05

CLERK                                         DATE

(BY) DEPUTY CLERK