UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP. et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF ANDOVER, et al, )<br>)<br>Defendants. )<br>) | Case No.: 05-10820-MLW |

STATE DEFENDANTS' REFUSAL
OF CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

The Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr. hereby decline to consent to the exercise of jurisdiction by a United States Magistrate Judge.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

Dated:     July 25, 2005

　　　/s/ Nora J. Chorover
Nora J. Chorover, BBO #547352
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200