UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.   05-10820 MLW

BOSTON AND MAINE CORPORATION )
and SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
)
      Plaintiffs, )
)
V. )
)
TOWN OF ANDOVER, ANDOVER BOARD )
OF HEALTH, DOUGLAS M. DUNBAR, )
DANIEL E. COLEMAN, CANDACE MARTIN,)
EVERETT PENNEY, DANIEL TREMBLAY, )
MASSACHUSETTS DEPARTMENT OF )
ENVIRONMENTAL PROTECTION and )
ROBERT W. GOLLEDGE, JR., )
      Defendants. )

### DEFENDANTS, TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY AND DANIEL TREMBLAY'S REFUSAL OF CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Defendants, Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel E. Coleman, Candace Martin, Everett Penney and Daniel Tremblay hereby decline to consent to the exercise of jurisdiction by a United States Magistrate Judge.

      The Defendants,
      Town of Andover, Andover Board of Health, Douglas
      M. Dunbar, Daniel E. Coleman, Candace Martin,
      Everett Penney and Daniel Tremblay,
      By their attorney,

      /s/Jocelyn M. Sedney
      Jocelyn M. Sedney, BBO# 552115
      **BRODY, HARDOON, PERKINS & KESTEN, LLP**
      One Exeter Plaza, 12th Floor
      Boston, MA  02116
      (617) 880-7100

Dated: July 26, 2005