# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BOSTON AND MAINE CORPORATION, et al,  )
                                       )

           Plaintiffs,  )

v.  )         Case No. 05-10820 - MLW

                         )

TOWN OF ANDOVER, et al  )

           Defendants,  )

## PLAINTIFFS' REFUSAL OF CENSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Plaintiffs, Boston and Maine Corporation and Springfield Terminal Railway Company,

hereby decline to consent to the exercise of jurisdiction by a United States Magistrate Judge

Respectfully submitted,

**BOSTON AND MAINE CORPORATION**
**SPRINGFIELD TERMINAL RAILWAY CO.**

/s/ Katherine E. Potter
_____
Katherine E. Potter
BBO#651726
Iron Horse Park
North Billerica, MA 01862

Phone: (978) 663-1215

Date:   July 27, 2005