UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.   05-10820 RCL

BOSTON AND MAINE CORPORATION )
and SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
 )
      Plaintiffs, )
 )
V. )
 )
TOWN OF ANDOVER, ANDOVER BOARD )
OF HEALTH, DOUGLAS M. DUNBAR, )
DANIEL E. COLEMAN, CANDACE MARTIN, )
EVERETT PENNEY, DANIEL TREMBLAY, )
MASSACHUSETTS DEPARTMENT OF )
ENVIRONMENTAL PROTECTION and )
ROBERT W. GOLLEDGE, JR., )
      Defendants. )

## RULE 26 (A)(1) INITIAL DISCLOSURE BY DEFENDANTS, TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL COLEMAN, CANDACE MARTIN, EVERETT PENNEY AND DANIEL TREMBLAY.

The Defendants, Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel Coleman, Candace Martin, Everett Penney and Daniel Tremblay, hereby submit their Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

1. **Individuals with Discoverable Information**

    Mr. Reginald Stapczynski
    Town Manager
    Town of Andover
    Andover, MA

    Mr. Everett Penney
    Director of Public Health
    Town of Andover
    Andover, MA

Daniel Tremblay
Health Inspector
Town of Andover
Andover, MA
George Thompson
53 Enmore St.
Andover, MA

Elisabeth Doucett
50 ork Street
Andover, MA

Chris Meech
Fleming Avenue
Andover, MA

Fred Champy
50 Enmore St.
Andover, MA

Paula Keiper
Shepley St.
Andover, MA

Simone Bortolani
11 Shepley St.
Andover, MA

Patrolman Joseph Magliozzi
Andover Police Department
Andover, MA

Lieutenant Mackenzie
Andover Police Department
Andover, MA

II. **Documents**

Telephone message slips regarding idling complaints from citizens
Emails regarding idling complaints from citizens
Letters regarding idling trains from citizens
Letters from Town to Dep re idling trains
Newspaper articles re idling trains
Minutes of April 26, 2005 at Guilford Rail
Andover Police Department Incident Reports re idling unattended trains
March 4, 1998 letter from Mr. Tremblay to Guilford Rail
March 11, 1998 letter from Guilford Rail to Mr. Penney
April 8, 2005 letter from Mr. Penney to Mr. Fink

November 17, 1997 letter from Mr. Tremblay to Guilford Rail

All above referenced documents within the possession and control of the defendants are available for inspection at their attorneys' offices.

### III. Damages

There has been no evidence of damages from the plaintiff.

### IV. Insurance

Defendant will produce the applicable policy of insurance.

### V. Settlement

No settlement demands have been made.

                              The Defendants,
                              Town of Andover, Andover Board of Health, Douglas Dunbar, Daniel Coleman, Everett Penney, Daniel Tremblay, and Candace Martin
                              By their attorney,

/s/ Jocelyn M. Sedney
Jocelyn M. Sedney, BBO# 552115
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: October 4, 2005