UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -5 P  23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANIEL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR.,<br><br>Defendants. | Case No. 05 CV 10820 MLW |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the Rules of this Court, Katherine E. Potter, moves for leave of Court to withdraw as counsel for the Plaintiffs. Ms. Potter will leave the employ of the Plaintiffs as of October 7, 2005. Please note that Robert B. Culliford, Esq. will continue to represent the Plaintiffs. Pursuant to Local Rule 7.1(A)(2) of the Rules of this Court, counsel for the Defendants have been notified and they do not object to this motion.

Respectfully submitted,

Katherine E. Potter (BBO #651726)

October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing documents were served in hand on October 5, 2005 upon:

Robert B. Culliford, Esq.
Boston & Maine Corporation
Springfield Terminal Railway Co.
Iron Horse Park
N. Billerica, MA 01862

Jocelyn Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Nora J. Chorover, Esq.
Commonwealth of Massachusetts
Office of Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Dated: October 5, 2005

_____
Katherine E. Potter