UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANEIL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR., <br><br> Defendants. | Case No. 05 CV-10820 MLW |

**RULE 26(a)(1) INITIAL DISCLOSURE BY COMMONWEALTH DEFENDANTS**

The Massachusetts Department of Environmental Protection and Robert Golledge, Jr., (jointly the "Department") hereby submit their Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), as follows:

1. <u>Individuals with Discoverable Information</u>

    At this time the Commonwealth knows the identity of no individuals with discoverable information.

2. <u>Documents</u>

    The Commonwealth possesses no discoverable documents at this time; however, the Commonwealth will supplement this disclosure should responsive documents become available in the future.

3. <u>Damages</u>

    There is no evidence of damages.

4.  <u>Insurance</u>

    There is no applicable policy of insurance.

5.  <u>Settlement</u>

    No settlement demands have been made.

                              **COMMONWEALTH OF MASSACHUSETTS**

                              By its attorneys,

                              /s/ Nora J. Chorover

Dates: October 21, 2005       ─────────────────────────────

                              Nora J. Chorover, BBO #547352
                              Assistant Attorney General
                              Environmental Protection Division
                              One Ashburton Place, 18th Floor
                              Boston, MA 02108
                              (617) 727-2200

CERTIFICATE OF SERVICE

      I hereby certify that a copy of these Initial Disclosures were sent by first class mail on October 21, 2005 to:

Robert B. Culliford, Esq.
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Jocelyn M. Sedney
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116

    /s/ Kenneth P. Borden, Jr.
    ————————————
    Kenneth P. Borden, Jr.