UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case NO. 05-10820-MLW

BOSTON AND MAINE CORPORATION and
SPRINGFIELD TERMINAL RAILWAY
COMPANY,

                Plaintiffs

v.

TOWN OF ANDOVER, ANDOVER BOARD
OF HEALTH, DOUGLAS M. DUNBAR,
DANIEL E. COLEMAN, CANDACE MARTIN,
EVERETT PENNEY, DANIEL TREMBLY,
MASSACHUSETTS DEPARTMETN OF
ENVIRONMENTAL PROTECTION and
ROBERT W. GOLLEDGE, JR.,

                Defendants

## RULE 26(a)(1) DISCLOSURE BY PLAINTIFFS, BOSTON AND MAINE CORPORATION AND SPRINGFIELD TERMINAL RAILWAY COMPANY

Now come the Plaintiffs in the above-captioned matter, pursuant to Fed.R.Civ.P. 26(a)(1) and hereby disclose that the following individuals are likely to have discoverable information that the Plaintiffs may use to support their claims and that the following documents are in the possession, custody, and control of the plaintiffs and may be used thereby in support of their claims:

A. **Rule 26(a)(1)(A)**: The Name and, if Known, the Address and Telephone Number of Each Individual Likely to Have Discoverable Information that the Plaintiffs May Use in Support of Their Claims:

    1. David A. Fink               978/663-1186
       Executive Vice President
       Boston and Maine Corporation
       Springfield Terminal Railway Company
       Iron Horse Park
       North Billerica, MA 01862

       Oversees all government affairs and serves as primary contact for government officials.

2.  Sydney Culliford    978/663-9320
    Vice President, Transportation
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    North Billerica, MA 01862

    Oversees railroad operations system wide.

3.  Larry L. Ferguson    978/663-9319
    Director of Train Operations
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    North Billerica, MA 01862

    Coordinates system wide train movements, oversees train dispatchers.

4.  Warren Bostwick    978/663-
    General Manager of Transportation
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    North Billerica, MA 01862

    Oversees engineers and conductors, coordinates train crews and yard assignments.

5.  Roger D. Bergeron    978/663-6918
    Assistant Vice President, Engineering
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    North Billerica, MA 01862

    Oversees maintenance of track and structures.

6.  Michael Walsh    978/663-1150
    General Manager, Locomotives
    Boston and Maine Corporation
    Springfield Terminal Railway Company
    Iron Horse Park
    North Billerica, MA 01862

    Oversees locomotive maintenance and repair.

B. **Rule 26(a)(1)(B):** A Copy of, or a Description by Category and Location of, All Documents, Data Compilations, and Tangible Things That Are in the Possession, Custody, or Control of the Plaintiffs Which the Plaintiffs May Use to Support Their Claim:

    1. Town of Andover Cease and Desist Letter dated March 4, 1998.
    2. Town of Andover Certified Mail Letter (undated) addressed to David Fink, faxed April 8, 2005.

C. **Rule 26(a)(1)(C):** A Computation of any category of damages claimed by the disclosing party:

    Not applicable at this time

D. **Rule 26(a)(1)(D):** Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered or to indemnify or reimburse for payments made to satisfy the judgment.

    Not applicable.

Respectfully Submitted,

**BOSTON AND MAINE CORPORATION**
**SPRINGFIELD TERMINAL RAILWAY CO.**


/s/ Robert B. Culliford
Robert B. Culliford (BB0 #638468)
14 Aviation Avenue
Pease International Tradeport
Portsmouth, NH 03801
Tel: 603/766-2002

*Counsel for Plaintiffs*
    *Boston and Maine Corporation*
    *Springfield Terminal Railway Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that true copies of the foregoing documents were served in hand on October 24, 2005 upon:

Nora J. Chorover, Esq.
Commonwealth of Massachusetts
Office of Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Jocelyn M. Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, L.L.P.
One Exeter Plaza
Boston, MA 02116


Dated: October 24, 2005

                                                        /s/ Robert B. Culliford
                                                        Robert B. Culliford