UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., and SPRINGFIELD TERMINAL RAILWAY CO.,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANEIL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ROBERT GOLLEDGE, JR.,<br><br>Defendants. | Case No. 05 CV-10820 MLW |

## **LOCAL RULE 16.1 (D)(3) CERTIFICATION**

The defendants Massachusetts Department of Environmental Protection and Robert Golledge, Jr. (collectively "Department") hereby affirm through their authorized representative and counsel that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

1

                    **COMMONWEALTH OF MASSACHUSETTS**

                    By its attorneys,

                    /s/ Nora J. Chorover
                    _____

                    Nora J. Chorover, BBO #547352
                    Assistant Attorney General
                    Environmental Protection Division
                    One Ashburton Place, 18th Floor
                    Boston, MA 02108
Dated: October 24, 2005      (617) 727-2200