UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>            Plaintiffs,<br><br>v.<br><br>TOWN OF ANDOVER et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10820-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of the Rules of this Court, plaintiffs Boston and Maine Corporation and Springfield Terminal Railway Company hereby move for the admission pro hac vice of Eric L. Hirschhorn as its counsel for the within action. The certificate from Mr. Hirschhorn required by such Local Rule is annexed hereto.

Pursuant to Local Rule 7.1(b) of the Rules of this Court, counsel certifies that this motion has been discussed with counsel for the defendants, and that they do not object to its filing.

        Respectfully submitted,


        /s/  Robert B. Culliford
        Robert B. Culliford
        BBO# 638468
        14 Aviation Avenue
        Portsmouth, NH 03801
        (603) 766-2002


        Counsel for plaintiffs:
                Boston and Maine Corporation
                Springfield Terminal Railway
                Company

October 27, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANIEL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>    Defendants. | Case No. 1:05-cv-10820-MLW |

**CERTIFICATE OF ERIC L. HIRSCHHORN
PURSUANT TO LOCAL RULE 83.5.3(b)**

Pursuant to Rule 83.5.3(b) of the Rules of this Court, Eric L. Hirschhorn certifies as follows:

1. I make this certificate in support of my application to appear in the within action on behalf of the plaintiffs Boston and Maine Corporation and Springfield Terminal Railway Company.

2. I am a member of the bars of the State of New York, the District of Columbia, the United States Court of Appeals for the First Circuit, and various other federal trial and appellate courts.

    3.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

    4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                               /s/ Eric L. Hirschhorn
                                                                  Eric L. Hirschhorn

October 27, 2005