UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANIEL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTNAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>        Defendants. | Case No. 05 CV 10820 MLW |

**NOTICE OF APPEARANCE**

   Now comes the undersigned counsel and hereby notices her appearance on behalf of the Plaintiffs in the above-referenced action.

Dated:  January 24, 2006

                                                     Respectfully submitted,

                                                     */s/ Alexandra B. Schmit*
                                                     Alexandra B. Schmit (BBO# 662942)
                                                     14 Aviation Avenue
                                                     Portsmouth, NH 03801
                                                     Tel. 603-766-2006
                                                     aschmit@bmairways.com

                                                     *Counsel for Plaintiffs*
                                                          *Boston and Maine Corporation*
                                                         *Springfield Terminal Railway Company*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 24, 2006.

                                              */s/ Alexandra B. Schmit*
                                              Alexandra B. Schmit