UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.   05-10820 MLW

BOSTON AND MAINE CORPORATION )
and SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
 )
      Plaintiffs, )
 )
V. )
 )
TOWN OF ANDOVER, ANDOVER BOARD )
OF HEALTH, DOUGLAS M. DUNBAR, )
DANIEL E. COLEMAN, CANDACE MARTIN,)
EVERETT PENNEY, DANIEL TREMBLAY, )
MASSACHUSETTS DEPARTMENT OF )
ENVIRONMENTAL PROTECTION and )
ROBERT W. GOLLEDGE, JR., )
      Defendants. )

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant, Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel E. Coleman, Candace Martin, Everett Penney, Daniel Tremblay, with the assent of the plaintiffs, Boston and Maine Corporation and Springfield Terminal Railway Company and Defendants, Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr., hereby respectfully requests that the Status Conference currently scheduled for July 18, 2006 be continued to a date in August. Counsel for Defendant, Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel E. Coleman, Candace Martin, Everett Penney, Daniel Tremblay has conferred with all parties regarding a new date and the available dates are August 1, 2, 3, 4, 8, 9, 15, 16 or 17.

Accordingly, the defendant, Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel E. Coleman, Candace Martin, Everett

Penney, Daniel Tremblay, with the assent of the plaintiffs and defendants, request that the Status Conference be continued to a date in August of 2006.

        The Defendants,
Town of Andover, Andover Board of Health, Douglas M. Dunbar, Daniel E. Coleman, Candace Martin, Everett Penney and Daniel Tremblay,
By their attorney,

/s/ Jocelyn M. Sedney
Jocelyn M. Sedney, BBO# 552115
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: June 7, 2006