UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON AND MAINE CORPORATION and SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>       Plaintiffs,<br>v.<br><br>TOWN OF ANDOVER, ANDOVER BOARD OF HEALTH, DOUGLAS M. DUNBAR, DANIEL E. COLEMAN, CANDACE MARTIN, EVERETT PENNEY, DANIEL TREMBLAY, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and ROBERT W. GOLLEDGE, JR.,<br><br>       Defendants. | Case No. 05 CV 10820 MLW |

**MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

Pursuant to Rule 7(b) of the Rules of Civil Procedure and Rules 7.1 and 83.5.2(c) of this Court, Alexandra B. Schmit hereby moves for leave of court to withdraw as counsel for the Plaintiffs in this matter. In support of this motion, Ms. Schmit states that she will leave the employ of the Plaintiffs as of June 30, 2006 and attorneys of record Robert B. Culliford and Eric L. Hirschhorn will continue to represent the Plaintiffs in this matter.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that she and counsel for the Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr. have conferred and counsel for these Defendants does not object to this motion. Counsel also certifies that she attempted to confer with counsel for the remaining Defendants and was unable to reach her before filing this motion.

Dated: June 30, 2006

                                                                  Respectfully submitted,

                                                                  */s/ Alexandra B. Schmit*
                                                                  Alexandra B. Schmit (BBO# 662942)
                                                                  14 Aviation Avenue
                                                                  Portsmouth, NH 03801
                                                                  Tel. 603-766-2006
                                                                  aschmit@bmairways.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 30, 2006.

                                                                 */s/ Alexandra B. Schmit*
                                                                 Alexandra B. Schmit