UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORPORATION, ET AL., <br><br> Plaintiffs, <br> v. <br><br> TOWN OF CHELMSFORD, ET AL., <br><br> Defendants. | Case No.: 04-12069-MLW |
| BOSTON & MAINE CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> TOWN OF WESTFORD,, ET AL., <br><br> Defendants. | Case No.: 05-10806-MLW |
| BOSTON & MAINE CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> TOWN OF ANDOVER, ET AL., <br><br> Defendants. | Case No.: 05-10820-MLW |

**NOTICE OF APPEARANCE**

The undersigned Assistant Attorney General has been involved in this case since on or about May 16, 2006. On that date, the undersigned served Notice of Appearance for all State Defendants upon all Parties to this action and upon the Court by mail. *See Exhibit A ( electronic version) attached hereto and made a part hereof.* Through oversight, the Notice of Appearance was not served using the Court's ECF system. On that same date, former Assistant Attorney

General Nora J. Chorover served Notice of Withdrawal of Appearance for all State Defendants upon all Parties to this action and upon the Court by mail, but her Notice of Withdrawal also was not filed using the Court's ECF system. *See Exhibit B (electronic version) attached hereto and made a part hereof.*

The undersigned now formally files Notice of Appearance for all State Defendants in all three of these cases, which have been consolidated by the Court.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Frederick D. Augenstern
_____
Frederick D. Augenstern (BB0 # 553102
Assistant Attorney General
Environmental Protection Division
1 Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200 x. 2427

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice of Appearance with Exhibits was filed this 17th day of August, 2006 using this Court's Electronic Filing (ECF) System and e-was mailed as well to:

For the Plaintiffs:

Robert B. Culliford, Esq.
rculliford@flypanam.com

Katherine E. Potter, Esq.
kpotter@sandw.com

Eric L. Hirschhorn, Esq.
ehirschhorn@winston.com

For the Chelmsford and Andover Defendants:

Jocelyn M. Sedney, Esq.
jsedney@bhpklaw.com

For the Westford Defendants:

Joseph L. Tehan, Jr., Esq.
jtehan@k-plaw.com


                          /s/ Frederick D. Augenstern
                          _____
                          Frederick D. Augenstern, Esq.
                          Assistant Attorney General

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN OF CHELMSFORD, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 04-12069 |
| BOSTON & MAINE CORP., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN OF WESTFORD, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 05-10805 |
| BOSTON & MAINE CORP., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWN OF ANDOVER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 05-10820 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Frederick D. Augenstern as co-counsel for the State Defendants in this case.

                                        Respectfully submitted,
                                        COMMONWEALTH OF MASSACHUSETTS
                                        By its attomeys,

                                        /s/  Frederick d. Augenstern
                                        _____

Dated:  May 16, 2006                Frederick D. Augenstern, BBO#553102
                                        Assistant Attorney General
                                        Environmental Protection Division
                                        One Ashburton Place, Rm. 1813
                                        Boston, Massachusetts 02108
                                        (617)727-2200, ext. 2427

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice of Appearance was sent by first class mail on May 16, 2006, to:

Robert B. Culliford, Esq.
Alexandra Schmit
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Joseph L. Tehan, Jr.
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA  02116

Jocelyn Sedney
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, Massachusetts 02116

Susan Ruch
Department of Environmental Protection
205B Lowell Street
Wilmington, MA 01887

                                            /s/  Frederick D. Augenstern
                                            _____

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON & MAINE CORP., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF CHELMSFORD, et al.,<br><br>    Defendants. | Case No.: 04-12069 |
| BOSTON & MAINE CORP., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF WESTFORD, et al.,<br><br>    Defendants. | Case No.: 05-10805 |
| BOSTON & MAINE CORP., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF ANDOVER, et al.,<br><br>    Defendants. | Case No.: 05-10820 |

NOTICE OF WITHDRAWAL OF APPEARANCE

  Pursuant to Local Rule 83.5.2(c) of the Rules of this Court, Nora J. Chorover provides notice of her withdrawal as counsel for state defendants Massachusetts Department of Environmental Protection and Robert W. Golledge, Jr. Ms. Chorover will leave the employ of the Attorney General's office as of May 5, 2006. This notice is accompanied by the appearance

of successor counsel; no motions are now pending before the Court, no trial date has been set;

and proof of service of this notice of withdrawal on all parties is attached hereto.

                                        Respectfully submitted,
                                        COMMONWEALTH OF MASSACHUSETTS
                                        By its attorneys,

                                        /s/ Nora J. Chorover

Dated: 5/16/06                           Nora J. Chorover, BBO #547352
                                        Environmental Protection Division
                                        One Ashburton Place, 18th Floor
                                        Boston, MA 02108
                                        (617) 727-2200

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice of Withdrawal of Appearance was sent by first class mail on May 16, 2006 to:

Robert B. Culliford, Esq.
Alexandra Schmit
Boston & Maine Corporation
Springfield Terminal Railway Company
Iron Horse Park
No. Billerica, MA 01862

Eric L. Hirschhorn
Winston & Strawn LLP
1400 L Street, N.W.
Washington, DC 20005

Joseph L. Tehan, Jr.
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA 02116

Jocelyn Sedney
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, Massachusetts 02116

Susan Ruch
Department of Environmental Protection
205B Lowell Street
Wilmington, MA 01887

    /s/ Frederick D. Augenstern
    _____
    Frederick D. Augenstern
    Assistant Attorney General